Daisy Rieck, appellee, v. The Great Atlantic and Pacific Tea Company, appellant. Gen. No. 35,947.

Heard in the first division of this court for the first

district at the April term, 1932. ▉ Opinion filed November 14, 1932.

Ashcraft & Ashcraft, for appellant. Russell F. Locke, of counsel. Philip Rosenthal and Stuart B. Krohn, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.